AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Mirando, Carol | 2. Court or Organization  U.S. District Court, Middle District of Florida | 3. Date of Report  06/12/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. Magistrate Judge - Full-time | 5a. Report Type (check appropriate type)  ☐ Nomination   Date  ☐ Initial   ☑ Annual   ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2017 to 12/31/2017 |

**7. Chambers or Office Address**

U.S. Courthouse
2110 First Street
Fort Myers, Florida 33901

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2006 | City of Jacksonville General EmployeesPension Plan - vested benefit |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mirando, Carol | 06/12/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Administrative Office of U.S. Courts/Middle District of Florida | January 6, 2017 to January 6, 2017 | Orlando, FL | Judicial Investiture Ceremony | Travel |
| 2. | Florida Bar Federal Court Practice Committee, Florida Bar | June 22, 2017 to June 23, 2017 | Boca Raton, FL | 2017 Federal Judicial Roundtable - Speaker | Travel, meals hotel |
| 3. | Federal Judicial Center | July 30, 2017 to August 2, 2017 | Chicago, IL | National Workshop for Magistrate Judges | Travel, meals, hotel |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Mirando, Carol** | 06/12/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mirando, Carol | 06/12/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Account #1: | | | | | | | | | |
| 2. -- Oakmark International I | A | Dividend | K | T | | | | | |
| 3. -- ClearBridge Mid Cap Core | A | Dividend | K | T | | | | | |
| 4. -- Touchstone Focused Y | A | Dividend | K | T | | | | | |
| 5. Brokerage Account # 2: | | | | | | | | | |
| 6. -- Oakmark International I | A | Dividend | J | T | | | | | |
| 7. -- ClearBridge Mid Cap Core | A | Dividend | J | T | | | | | |
| 8. -- Touchstone Focused Y | A | Dividend | J | T | | | | | |
| 9. Rental Prop. #2 Atlantic Beach, Duval County, FL (2005 $125,500) | D | Rent | M | W | | | | | |
| 10. USAA FSB | A | Int./Div. | M | T | | | | | |
| 11. Brokerage Account # 3: Raymond James | | | | | | | | | |
| 12. Raymond James Deposit Program | A | Interest | J | T | | | | | |
| 13. Allianz Income and Growth Fund | A | Dividend | J | T | | | | | |
| 14. Amtrust Financial Services PFD | A | Dividend | J | T | Buy | 03/06/17 | J | | |
| 15. Amtrust Financial Services PFD | A | Dividend | J | T | Buy | 04/25/17 | J | | |
| 16. Anheuser Busch Inbev | A | Dividend | J | T | Buy | 04/21/17 | J | | |
| 17. Apollo Invt Corp | A | Dividend | J | T | Buy | 08/23/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mirando, Carol | 06/12/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Applied Optoelectronics Inc | A | Dividend | J | T | Buy | 09/21/17 | J | | |
| 19. Ashford Hospitality Trust | A | Dividend | J | T | | | | | |
| 20. Banc of California Inc Preferred | A | Dividend | J | T | | | | | |
| 21. Blue Cap Reins Hldgs Limited | A | Dividend | J | T | Buy | 06/06/17 | J | | |
| 22. Calamos Global Equity Fund C | A | Dividend | K | T | Sold (part) | 12/06/17 | J | A | |
| 23. CBL & Associates Properties | A | Dividend | J | T | Sold (part) | 09/21/17 | J | A | |
| 24. Centurylink Incorporated | A | Dividend | J | T | | | | | |
| 25. Charter Communications | | None | | | Sold | 7/17/17 | J | A | |
| 26. Cohen & Steers Infrastructure / UTF | A | Dividend | J | T | Buy | 01/24/17 | J | | |
| 27. Colony Northstar Inc Pfd Series B (formerly Northstar Realty) | A | Dividend | | | Sold | 10/13/17 | J | A | |
| 28. Colony Northstar Inc Pfd Series B | A | Dividend | | | Sold | 10/18/17 | J | A | |
| 29. Columbia Seligman Prem Tech Growth | A | Dividend | K | T | Sold (part) | 06/06/17 | J | C | |
| 30. Columbia Seligman Comm & Info | A | Dividend | K | T | | | | | |
| 31. Compass Diversified Holdings | A | Dividend | J | T | Buy | 07/07/17 | J | | |
| 32. Cushing Renaissance Fd | A | Dividend | | | Sold | 08/23/17 | J | A | |
| 33. Davis Financial Fund A | A | Dividend | K | T | Sold (part) | 07/07/17 | J | A | |
| 34. Deutsche Bank Contingent Cap Trust II | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mirando, Carol | 06/12/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Deutsche Bank Contingent Cap Trust III | A | Interest | J | T | | | | | |
| 36. Deutsche Croci US Fund Cl A | A | Dividend | | | Sold | 02/03/17 | J | A | |
| 37. Duff & Phelps GLB UTL Inc | A | Dividend | J | T | | | | | |
| 38. Dynergy Incorporated New Del Tangl | A | Dividend | J | T | | | | | |
| 39. Eagle Growth & Income Oppty Fd | A | Dividend | | | Sold | 09/29/17 | J | A | |
| 40. Eaton Vance Stock Fund | A | Dividend | K | T | Sold (part) | 03/22/17 | J | A | |
| 41. First Trust Election Portfolio | | None | J | T | | | | | |
| 42. First Trust Morningstar Div Leaders | A | Dividend | J | T | | | | | |
| 43. First Trust Dynamic Europe Eqt Fund | A | Dividend | J | T | Buy | 02/03/17 | J | | |
| 44. First Trust Dynamic Europe Eqt Fund | A | Dividend | | | Sold | 06/12/17 | J | B | |
| 45. Fortress Trans Infrst Invs LLC | A | Dividend | J | T | Buy | 01/03/17 | J | | |
| 46. Fortress Trans Infrst Invs LLC | A | Dividend | | | Sold | 05/09/17 | J | A | |
| 47. General Electric / GE | A | Dividend | J | T | Buy | 06/06/17 | J | | |
| 48. General Electric / GE | A | Dividend | | | Sold | 11/14/17 | J | A | |
| 49. Global Indemnity P Sub NT | A | Interest | J | T | | | | | |
| 50. Global Indemnity Ltd Sub NT | A | Interest | J | T | Buy | 04/25/17 | J | | |
| 51. Global Medical REIT | A | Interest | J | T | Buy | 09/29/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mirando, Carol | 06/12/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. GMAC Capital Trust 1 GTD | A | Interest | J | T | | | | | |
| 53. Government PPTYS Income Tr | A | Dividend | J | T | | | | | |
| 54. Guggenheim Eq Weight Enhanced | A | Dividend | J | T | Sold (part) | 03/28/17 | J | A | |
| 55. Icahn Enterprises LP | A | Dividend | J | T | | | | | |
| 56. Invesco Mortgage Capital Inc | A | Dividend | J | T | | | | | |
| 57. Invesco Dow Jones Total Market Port | A | Dividend | | | Sold | 09/12/17 | J | B | |
| 58. John Hancock HDG EQ & Inc | A | Dividend | J | T | Buy | 10/18/17 | J | | |
| 59. Kinder Morgan Inc PFD Ser A | | None | J | T | Buy (add'l) | 11/02/17 | J | | |
| 60. Kraft Heinz Company | A | Dividend | J | T | Buy | 09/06/17 | J | | |
| 61. Landmark Infrastructure LP | A | Dividend | J | T | | | | | |
| 62. Lazard Glb TTL Ret & Inc Fd Inc | A | Dividend | J | T | Buy | 01/24/17 | J | | |
| 63. Macquarie Ft Tr Gb | A | Dividend | J | T | | | | | |
| 64. Maiden Holdings North America LTD | A | Interest | J | T | Buy | 11/20/17 | J | | |
| 65. Maiden Holdings North America LTD | A | Interest | J | T | Buy (add'l) | 12/06/17 | J | | |
| 66. Mattel Inc | A | Dividend | J | T | Buy | 06/12/17 | J | | |
| 67. Mattel Inc | A | Dividend | | | Sold | 11/02/17 | J | A | |
| 68. Massachusetts Investors Growth St Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mirando, Carol | 06/12/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. McClatchy Company Class A | | None | J | T | | | | | |
| 70. National General Holdings Co | A | Interest | J | T | | | | | |
| 71. Navient Corp PFD / SLM Corp | A | Dividend | | | Sold | 05/02/17 | J | A | |
| 72. New SR Invt Group Inc REIT | A | Dividend | J | T | Buy | 01/03/17 | J | | |
| 73. Nuveen Nasdaq 100 Dynamic Fd | A | Dividend | | | Sold | 12/22/17 | J | A | |
| 74. Omega Healthcare Invs Inc REIT | A | Dividend | J | T | Buy | 07/24/17 | J | | |
| 75. Plymouth Indl REIT | A | Dividend | J | T | Buy | 12/06/17 | J | | |
| 76. PreferredPlus Trust CZN-1 Tr | A | Interest | J | T | Buy | 11/14/17 | J | | |
| 77. PreferredPlus Trust CZN-1 Tr | A | Interest | | | Sold | 11/20/17 | J | B | |
| 78. PreferredPlus Trust CZN-1 Tr | B | Interest | J | T | Buy | 12/22/17 | J | | |
| 79. Putnam International Growth Fund | A | Dividend | J | T | | | | | |
| 80. Rayonier Advanced Materials | A | Dividend | | | Sold (part) | 01/24/17 | J | A | |
| 81. Rayonier Advanced Materials | A | Dividend | | | Sold | 07/24/17 | J | A | |
| 82. Royal Bank of Scotland Perpet Shares | A | Dividend | J | T | | | | | |
| 83. Royce Value Trust | A | Dividend | | | Sold | 03/06/17 | J | A | |
| 84. Sabra Healthcare REIT | A | Dividend | | | Sold | 01/03/17 | J | B | |
| 85. Salesforce Inc | | None | | | Sold | 08/16/17 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mirando, Carol | 06/12/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Starwood Property Tr Inc REIT | A | Dividend | J | T | Buy | 06/12/17 | J | | |
| 87. Stonemor Partners LP | A | Dividend | | | Sold | 12/06/17 | J | A | |
| 88. Sunoco LP | | None | | | Sold | 04/18/17 | J | A | |
| 89. Tekla Healthcare Opportunitiy Fd | A | Dividend | J | T | | | | | |
| 90. Time Inc | A | Dividend | J | T | | | | | |
| 91. Travelcenters of America LLC | A | Interest | J | T | | | | | |
| 92. Uniti Group Inc REIT | A | Dividend | J | T | Buy | 08/16/17 | J | | |
| 93. Vanguard Total Stock Market ETF | A | Dividend | J | T | | | | | |
| 94. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mirando, Carol | 06/12/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Mirando, Carol | 06/12/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Carol Mirando**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544